**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

─────────────

**No. 97-7289**

─────────────

MICHAEL H. ROSHTO,

                              Petitioner - Appellant,

        versus

RONALD J. ANGELONE, Director of the Virginia
Department of Corrections,

                              Respondent - Appellee.

─────────────

Appeal from the United States District Court for the Eastern District of Virginia, at Norfolk.  Rebecca B. Smith, District Judge.
(CA-96-1201-2)

─────────────

Submitted:  August 13, 1998          Decided:  August 28, 1998

─────────────

Before WIDENER and WILKINS, Circuit Judges, and HALL, Senior Circuit Judge.

─────────────

Dismissed by unpublished per curiam opinion.

─────────────

Michael H. Roshto, Appellant Pro Se.  Collin Jefferson Hite, SANDS, ANDERSON, MARKS & MILLER, Richmond, Virginia, for Appellee.

─────────────

Unpublished opinions are not binding precedent in this circuit. See Local Rule 36(c).

PER CURIAM:

Appellant appeals the district court's order denying relief on his petition filed under 28 U.S.C.A. § 2254 (West 1994 & Supp. 1998). We have reviewed the record and the district court's opinion accepting the recommendation of the magistrate judge and find no reversible error. Accordingly, we deny a certificate of appealability and dismiss the appeal on the reasoning of the district court. Roshto v. Angelone, No. CA-96-1201-2 (E.D. Va. Aug. 20, 1997). We deny Appellant's motion for leave to proceed in forma pauperis on appeal. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

DISMISSED

2